

May 4, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

GRANTED. Defendant should serve this order on plaintiff by May 8, 2026 and post proof on the docket. Plaintiff should then serve the exhibits on defendants within 10 days of proof of service of this order being docketed. And the deadline to extend to the complaint is extended as described in this letter.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 21.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 4, 2026

RE:    ***Stringer v. Penguin Random House LLC**,* No. 1:25-cv-09953

Dear Judge Subramanian,

This firm represents Defendant Penguin Random House LLC ("PRH") in the above-captioned action. PRH respectfully submits this letter motion requesting that the Court: (1) direct *pro se* Plaintiff Vickie M. Stringer ("Plaintiff") to file four exhibits that are referenced in her Complaint and listed in the Complaint's Exhibit Index but are not attached to the Complaint and have not been otherwise filed or served; and (2) extend PRH's deadline to respond to the Complaint from May 18, 2026 until 21 days after the date Plaintiff files those exhibits.  As set forth below, we have attempted to raise the issue of the missing exhibits directly with Plaintiff, but she has not responded.

Plaintiff filed this action for breach of contract, unjust enrichment, fraudulent misrepresentation, and civil damages under 26 U.S.C. § 7434.  She alleges that PRH failed to remit commission payments to her as required under the agency clauses in three publishing contracts, including commissions on advance installments payable to authors under those contracts.  She further alleges that a payment spreadsheet PRH provided in October 2024 was fabricated, and that PRH knowingly provided false information with intent to deceive her.  She also alleges that PRH misclassified her agent commissions by reporting them in Box 2 (Royalties) of Form 1099-MISC rather than as nonemployee compensation, which she asserts caused an IRS audit.

Plaintiff's Complaint discusses, relies on, and identifies four exhibits she asserts support her allegations against PRH, and those four exhibits are listed in an Exhibit Index attached to the Complaint. *See* Docket No. 1 at p. 24.  However, none of the exhibits are actually attached to either the filed or served copy of the Complaint.  The exhibits, which are integral to Plaintiff's claims, are identified in the Exhibit Index as:

- **Exhibit A** (Agency Agreement and Publishing Contracts). These are the foundational documents underlying Plaintiff's breach of contract theory.
- **Exhibit B** (Payment Spreadsheet, October 2024).  This is central to Plaintiff's fraudulent misrepresentation claim — Plaintiff alleges PRH fabricated this document.

161 Water Street, Suite 904
New York, NY 10038

1

# KLARIS

- **Exhibit C** (Email Correspondence).  This is Plaintiff's correspondence with PRH staff regarding unpaid commissions, integral to her breach and misrepresentation allegations.
- **Exhibit D** (IRS Wage & Income Transcript, 2025): This is the purported IRS audit record Plaintiff relies upon in support of her § 7434 claim.

On April 21, 2026, undersigned counsel emailed Plaintiff at the address listed in the Complaint, requesting she file the missing exhibits with the Court and provide PRH with copies. Plaintiff did not respond.  On April 29, 2026, undersigned counsel sent Plaintiff a formal letter via email and certified mail renewing that request. Plaintiff again did not respond. *See* Exhibits A and B attached hereto.

PRH denies the allegations asserted in the Complaint and intends to move to dismiss, but it cannot adequately do so without access to documents that Plaintiff herself identified as part of her Complaint.  Each missing exhibit is integral to one or more claims against PRH, and their absence materially impairs PRH's ability to respond.

Accordingly, PRH respectfully requests that the Court: (1) order Plaintiff to file Exhibits A through D and serve copies on PRH within a time period the Court deems appropriate; and (2) extend PRH's deadline to respond to the Complaint until 21 days after Plaintiff files all four exhibits. This is PRH's first request for an extension; there are no prior requests or other existing deadlines in this matter.  An initial pretrial conference is scheduled for May 21, 2026.

Respectfully submitted,

Matthew A. Leish
Lucy Hoffman

**KLARIS LAW PLLC**
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
matthew.leish@klarislaw.com
lucy.hoffman@klarislaw.com

***Attorneys for Defendant***

161 Water Street, Suite 904
New York, NY 10038                                       2

# Exhibit A

**From:** Matthew Leish matthew.leish@klarislaw.com
**Subject:** Stringer v. Penguin Random House
**Date:** 21 April 2026 at 12:18 PM
**To:** vickiemstringer@gmail.com

Dear Ms. Stringer:  I represent Penguin Random House in this matter.   I am writing because your Complaint references four exhibits, but those exhibits are not actually attached to either the filed or the served copy of the Complaint. Please file the missing exhibits with the Court and provide us with copies promptly so that we may properly respond to the Complaint.

According to the Exhibit Index annexed to your Complaint, the exhibits are:

Exhibit A: Agency Agreement and Publishing Contracts – Tu-Shonda Whitaker (a/k/a 'Risque') and Nikki Turner

Exhibit B: Payment Spreadsheet Provided by Penguin Random House Listing Check Numbers and Chase Bank Account References

Exhibit C: Email Correspondence Between Plaintiff and Random House Staff Regarding Unpaid Commissions and Missing Records

Exhibit D: IRS Wage & Income Transcript Showing Misclassified 1099-MISC Reporting (2025 IRS Audit)


Sincerely,
Matthew Leish
--

Matthew Leish
**Partner**
161 Water Street, Suite 904
New York, NY 10038
(646) 779-4882



# Exhibit B

**Monday, May 4, 2026 at 4:04:52 PM Eastern Daylight Time**

---

| | |
|---|---|
| **Subject:** | Stringer v. Penguin Random House. |
| **Date:** | Wednesday, 29 April 2026 at 11:47:40 AM Eastern Daylight Time |
| **From:** | Matthew Leish |
| **To:** | vickiemstringer@gmail.com |
| **Attachments:** | Outlook-signature_.png, 4.29.26 letter to V. Stringer.pdf |

Dear Ms. Stringer:  Please see attached letter.

Sincerely,
Matthew Leish


--

Matthew Leish
**Partner**
161 Water Street, Suite 904
New York, NY 10038
(917) 952-2891





April 29, 2026

**<u>VIA EMAIL AND CERTIFIED MAIL</u>**

Vickie M. Stringer
3124 Genevieve Drive
Columbus, OH 43219

     Re:  <u>Stringer v. Penguin Random House LLC, No. 1:25-cv-09953-AS</u>

Dear Ms. Stringer:

   I represent Penguin Random House in this matter. I'm writing to follow up on my email to you dated April 21, 2026.  As I stated in that email, your Complaint in this action references four exhibits, but those exhibits are not actually attached to either the filed or the served copy of the Complaint.   Penguin Random House's response to the Complaint is currently due on May 18, and we are unable to properly respond without seeing those exhibits.  Please file the missing exhibits with the Court and provide us with copies no later than Friday, May 1.  If we do not receive the exhibits by that date, Penguin Random House reserves the right to raise this matter with the Court.

   According to the Exhibit Index annexed to your Complaint, the exhibits are:

- Exhibit A: Agency Agreement and Publishing Contracts – Tu-Shonda Whitaker (a/k/a 'Risque') and Nikki Turner

- Exhibit B: Payment Spreadsheet Provided by Penguin Random House Listing Check Numbers and Chase Bank Account References

- Exhibit C: Email Correspondence Between Plaintiff and Random House Staff Regarding Unpaid Commissions and Missing Records

- Exhibit D: IRS Wage & Income Transcript Showing Misclassified 1099-MISC Reporting (2025 IRS Audit)

            Sincerely,

            Matthew A. Leish