UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vickie M. Stringer, | |
| Plaintiff, | 25-CV-9953 (AS) |
| -against- | |
| Penguin Random House LLC, | ORDER |
| Defendant. | |

ARUN SUBRAMANIAN, United States District Judge:

The Court ordered the parties to jointly file a proposed case management plan along with other materials with the Court within 7 days of the initial pretrial conference. Dkt. 19. The conference is scheduled for May 21, and, to date, the parties have not made any such filing. The parties are ORDERED to jointly make the required filing by May 20, 2026 at 4:00 PM.

SO ORDERED.

Dated: May 19, 2026
New York, New York

_____
ARUN SUBRAMANIAN
United States District Judge