GRANTED in part and DENIED in part.

The deadline for the pre-trial filings is adjourned to a date that will be determined at the conference on May 21, 2026 at 3:00 PM. At that conference, the Court will also inquire into any lack of compliance with its orders. If the plaintiff does not attend, or produce the required documents to the defendant, then the Court will issue an order to show cause why this case should not be dismissed for failure to prosecute.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 26.

SO ORDERED.

Arun Subramanian, U.S.D.J.
Date: May 19, 2026

# KLARIS

May 19, 2026

**VIA ECF**

Hon. Arun Subramanian
United States District Judge
Southern District of New York
500 Pearl Street, Room 15A
New York, New York 10007

RE:    *Stringer v. Penguin Random House LLC*, No. 1:25-cv-09953

Dear Judge Subramanian,

This firm represents Defendant Penguin Random House LLC ("PRH") in the above-captioned action. PRH respectfully submits this letter motion requesting an adjournment *sine die* of the initial pretrial conference set for May 21, 2026 at 3:00 p.m. and a corresponding extension of the deadline for the parties to file their joint letter and proposed case management plan and scheduling order, currently due by May 20, 2026 at 4:00 p.m. The reasons for this request are set forth below.

## Background

In this action, Plaintiff *pro se* Vickie M. Stringer asserts claims for breach of contract, unjust enrichment, fraudulent misrepresentation, and civil damages under 26 U.S.C. § 7434. As previously indicated (Dkt. 21), PRH intends to file a motion to dismiss the Complaint in its entirety on various grounds, including *inter alia* lack of standing, statute of limitations, and various other fatal pleading deficiencies. However, because Ms. Stringer failed to attach to her Complaint four exhibits that she relies on and lists in the Complaint's Exhibit Index, PRH is unable to fully assess the potential grounds for dismissal and prepare its motion. Accordingly, on May 4, 2026, PRH filed a letter-motion requesting that the Court direct Ms. Stringer to provide the exhibits referenced in her Complaint but not attached to it, and to extend PRH's deadline to respond to the Complaint accordingly. On May 5, 2026, the Court granted that motion (Dkt. 23). The Court directed PRH to serve the Court's Order on Plaintiff by May 8, 2026 and post proof of service on the docket, and directed Ms. Stringer to serve the exhibits on PRH within ten days of proof of service being docketed — that is, by no later than May 18, 2026. The Court also extended PRH's deadline to respond to the Complaint to 21 days after Plaintiff serves the exhibits.

PRH served the Order on Ms. Stringer by Federal Express and by email on May 6, 2026, and filed proof of service on the docket the next day. Dkt. 24. On the morning of May 19, 2026 (a day after the Court's deadline) Ms. Stringer sent an email stating that "Pursuant to the Court's May 5, 2026, Order (ECF No. 23), Plaintiff Vickie M. Stringer hereby serves the exhibits to the Complaint in this matter." However, no documents were attached. I immediately replied via

161 Water Street, Suite 904
New York, NY 10038

# KLARIS

email to Ms. Stringer pointing out that the exhibits were not attached and requesting that she provide them.  She has not responded.  Accordingly, PRH still has not been served with the exhibits.

## Reasons for Requested Adjournment

PRH respectfully submits that holding the initial pretrial conference on May 21 would be premature and inefficient in light of Ms. Stringer's failure to comply with the Court's May 5 order. PRH has stated its intention to move to dismiss the Complaint. However, PRH cannot meaningfully assess the grounds for such a motion without the exhibits Ms. Stringer herself identified as integral to her claims. In addition, until PRH sees the exhibits at issue, the parties cannot meaningfully confer on the subjects required to be addressed at the initial conference — including the nature of the action and the principal defenses, the scope of discovery, or the appropriate case schedule. PRH therefore respectfully requests that the conference be adjourned *sine die* or to a date the Court deems appropriate, and that the time to file the joint letter and proposed case management plan and scheduling order be correspondingly extended.

This is the first request for an adjournment of the initial pretrial conference and related filings, which will not affect any other deadlines. The conference is currently scheduled for May 21, 2026. The joint letter and proposed case management plan were to have been submitted one week before the conference; by order dated May 19, 2026, the Court directed the parties to file those documents to 4:00 p.m. on May 20, 2026.  Dkt. 25.  There are no other scheduled appearances.  I emailed Ms. Stringer an hour before filing this letter to ask if she consents to an adjournment, but she has not yet responded.

Respectfully submitted,

Matthew A. Leish
Lucy Hoffman
**KLARIS LAW PLLC**
161 Water Street
New York, NY 10038
Telephone: (646) 779-4882
matthew.leish@klarislaw.com
lucy.hoffman@klarislaw.com

***Attorneys for Defendant***