UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Vickie M. Stringer,<br><br>                              Plaintiff,<br><br>          -against-<br><br>Penguin Random House LLC,<br><br>                              Defendant. | 25-CV-9953 (AS)<br><br>ORDER |

ARUN SUBRAMANIAN, United States District Judge:

As discussed at today's hearing, plaintiff will continue to make her best efforts to provide defense counsel with the exhibits described in her complaint. The exhibits should be furnished by May 26, 2026.

If plaintiff wishes to amend her complaint, including to correct any inaccuracies, she is free to do so. Any amendment should be filed by June 1, 2026.

If there is no amendment, defendant will file a response to the operative complaint by June 12, 2026.

All other deadlines or required submissions are held in abeyance pending resolution of the motion to dismiss, as will any other deadlines unrelated to that motion.

**The Court encourages the parties to talk over the phone and see if there's a way, short of full motion practice, to resolve this case. The Court can refer the parties to a Magistrate Judge for settlement discussions if both sides agree.**

          SO ORDERED.

Dated: May 22, 2026
          New York, New York

_____
          ARUN SUBRAMANIAN
          United States District Judge