Vickie M. Stringer, Plaintiff, Pro Se
3124 Genevieve Drive, Columbus, Ohio 43219 • Tel: (614) 961-5117

July 27, 2026

Via Pro Se Filing
Hon. Arun Subramanian, U.S.D.J.
United States District Court, S.D.N.Y.
500 Pearl Street, Courtroom 15A, New York, NY 10007

**Re:** *Stringer v. Penguin Random House LLC*, No. 1:25-cv-09953-AS
**Request to Accept Opposition to Motion to Dismiss Filed Herewith**

Dear Judge Subramanian:

Plaintiff Vickie M. Stringer, appearing pro se, respectfully submits this letter in connection with her opposition to Defendant's Motion to Dismiss (ECF No. 36), which is filed contemporaneously herewith. Plaintiff respectfully requests that the Court accept the opposition for filing.

Defendant's Motion to Dismiss was filed and served on June 26, 2026. Under this Court's Individual Practices in Civil Pro Se Cases § 6(A), opposition papers are due within thirty days of service, yielding a deadline of today, July 27, 2026, after accounting for the intervening weekend under Fed. R. Civ. P. 6(a)(1)(C). Defendant's Notice of Motion (ECF No. 36) likewise set today as the opposition deadline. Plaintiff's opposition is therefore timely.

To the extent the Court considers the fourteen-day period under S.D.N.Y. Local Civil Rule 6.1(b) applicable, Plaintiff respectfully requests acceptance under Fed. R. Civ. P. 6(b)(1)(B) for excusable neglect. Plaintiff's PACER account was suspended due to a billing issue, preventing timely access to the motion papers and exhibits. Additionally, Plaintiff, proceeding without counsel, mistakenly believed she had thirty days from the date she obtained the papers to respond. By the time she restored PACER access and identified the correct deadline, Plaintiff prepared and is filing her opposition at the earliest opportunity. This is her first such request.

Acceptance causes no prejudice. No discovery schedule is in effect. The return date remains August 10, 2026. Pro se litigants are entitled to "special solicitude." *Triestman v. Fed. Bureau of Prisons*, 470 F.3d 471, 474–75 (2d Cir. 2006). The Second Circuit maintains a "strong preference for resolving disputes on the merits." *New York v. Green*, 420 F.3d 99, 104 (2d Cir. 2005).

Respectfully submitted,

/s/ Vickie M. Stringer
Vickie M. Stringer, Plaintiff, Pro Se

2

## **CERTIFICATE OF SERVICE**

I, Vickie M. Stringer, hereby certify that on July 27, 2026, a true and complete copy of the foregoing letter and the accompanying Opposition to Defendant's Motion to Dismiss were served upon Defendant's counsel of record by electronic mail and first-class mail, postage prepaid:

> Matthew Leish, Esq.
> Lucy Hoffman, Esq.
> Klaris Law PLLC
> 161 Water Street, Suite 904
> New York, New York 10038
> matthew.leish@klarislaw.com

Dated: July 27, 2026

/s/ Vickie M. Stringer
Vickie M. Stringer, Plaintiff, Pro Se